## No. 8811.

### SUCCESSION OF PHILIP HOGGATT.
### APPLICATION FOR RULE.

Where an appeal is taken from a judgment and the day after, the appellant dies, and, his death being unknown, by a rule filed after his death the appeal is set aside, and from the order setting aside the appeal another appeal is taken by his counsel, an appeal bond executed in his name by the counsel, the transcript of appeal filed in this Court, and the death of the appellant is here suggested, and his legal representative makes himself a party, *held :* that the proceedings in the lower court subsequent to the death of the party are void, there is no valid appeal before the Court, and the case will be stricken from the docket thereof. Which is accordingly done.

APPEAL from the Eighth District Court, Parish of Madison. *Delony, J.*

---

*James T. Coleman* for Plaintiff and Appellant.

*John B. Stone* and *J. G. Hawkes, contra.*

---

The opinion of the Court was delivered by TODD, J.